UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE SAFFOLD,  CASE NO. 17-CV-14088
                    HON. GEORGE CARAM STEEH
        Plaintiff,

v.

E.L. HOLLINGSWORTH
& CO.,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION (Doc. 39)

Pro se Plaintiff Jacqueline Saffold has filed a motion for reconsideration of the court's prior order denying her motion for sanctions, and granting Defendant E.L. Hollingsworth & Co.'s motion for summary judgment. Plaintiff has failed to show a palpable defect by which the court and the parties have been misled, or that correcting the alleged defect will result in a different disposition of the case, as required under Local Rule 7.1(h)(3). Accordingly,

Plaintiff's motion for reconsideration (Doc. 39) is DENIED. In addition, because any appeal of this order would not be taken in good faith,

- 1 -

Plaintiff is DENIED leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: June 25, 2019

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 25, 2019, by electronic and/or ordinary mail and also on Jacqueline Saffold, P.O. Box 48103, Oak Park, MI 48237-9998

s/Barbara Radke
Deputy Clerk